IN THE IOWA STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SEAN D. HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>NAPCO, INC.,<br><br>Defendant. | Civil No:<br><br>**NOTICE OF REMOVAL OF ACTION FROM THE IOWA DISTRICT COURT FOR WAPELLO COUNTY, CASE NO. LALA106134 BASED ON 28 U.S.C. 1331** |

COMES NOW Defendant, NAPCO, Inc. (hereinafter "Defendant"), and hereby gives notice of the removal of this action from the Iowa District Court for Wapello County, and states as follows:

1. On or about May 5, 2020, Plaintiff Sean D. Harris (hereinafter "Plaintiff") filed a Petition against Defendant in the Iowa District Court for Wapello County (Wapello County Case No. LALA106134).

2. Defendant accepted service of the Original Notice and Petition on July 2, 2020.

3. This Notice of Removal is filed within 30 days of such service on Defendant and is therefore timely under 28 U.S.C. § 1446(b).

4. Pursuant to 28 U.S.C. § 1446(a), and LR 81(a)(1), copies of all process, pleadings and orders filed in the state court case are attached hereto and marked as Exhibit A.

5. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is served on Plaintiff's Attorney Harley C. Erbe, Erbe Law Firm and is also being filed with the Iowa District Court for Wapello County.

6. No further or other proceedings have been filed in the Iowa District Court for Wapello County relating to this action that will require resolution by this Court as of the date of

#3201340

filing this Notice of Removal.

### Basis for Removal - Federal Question

7. This action may be removed pursuant to 28 U.S.C. § 1331 since the action contains a claim arising under the Constitution, laws, or treaties of the United States, specifically the Fair Labor Standards Act.

8. This court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over the second claim in this action concerning the Iowa Wage Payment Collection Law as this claim is so related to the Fair Labor Standards Act claim to the point they form part of the same case or controversy.

### Venue

9. Venue for this Notice of Removal is proper in this court because the Iowa District Court of Wapello County is located within the district and division of this court. See 28 U.S.C. § 1441(a).

10. Defendant reserves the right to amend or supplement this Notice of Removal.

### Consent

11. Counsel for Defendant are duly authorized to effect removal on behalf of the Defendant, who consents to the same.

12. The facts set forth in this Notice of Removal are true and correct to the best of the undersigned's knowledge, information and belief.

13. Defendant reserves the right to amend and supplement this Notice of Removal.

WHEREFORE Defendant, NAPCO, Inc., prays that the above entitled action be removed from the Iowa District Court for Wapello County to the United States District Court in the Southern

District of Iowa (Central Division), and that this Court assume full jurisdiction over the causes herein as provided by law and grant all further relief this Court deems just and equitable.

        Respectfully submitted,

        */s/Kelsey K. Crosse*
        */s/Katelynn T. McCollough*
        Kelsey K. Crosse, AT0011908
        Katelynn T. McCollough, AT0013443
        DAVIS, BROWN, KOEHN, SHORS
        & ROBERTS, P.C.
        The Davis Brown Tower
        215 10th Street, Suite 1300
        Des Moines, Iowa 50309
        Telephone:  515-288-2500
        Facsimile:  515-243-0654
        Email: KelseyCrosse@DavisBrownLaw.com
        KatelynnMcCollough@davisbrownlaw.com
        ATTORNEYS FOR DEFENDANT

Copies to:

Harley C. Erbe
Erbe Law Firm
2501 Grand Avenue, First Floor
Des Moines, Iowa 50312
Telephone: (515) 281-1460
Facsimile: (515) 281-1474
E-Mail: harleyerbe@erbelaw.com

ATTORNEY FOR PLAINTIFF

| PROOF OF SERVICE |
| --- |
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on July 31, 2020 by: |
| ☐ U.S. Mail ☐ FAX<br>☐ Hand Delivered ☐ Overnight Courier<br>☐ Federal Express ☒ Other: EDMS |
| Signature /s/ Katelynn T. McCollough |