E-FILED  2020 MAY 04 7:34 AM WAPELLO - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR WAPELLO COUNTY

| | | |
|---|---|---|
| SEAN D. HARRIS, | * | |
| | * | |
| Plaintiff, | * | NO. _____ |
| | * | |
| v. | * | |
| | * | |
| NAPCO, INC., | * | ORIGINAL NOTICE |
| | * | |
| Defendant. | * | |

TO THE ABOVE-NAMED DEFENDANT:

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The attorney for the plaintiff is Harley C. Erbe, whose address is 2501 Grand Avenue, Des Moines, Iowa 50312. That attorney's telephone number is (515) 281-1460; facsimile number (515) 281-1474.

You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Wapello County at the county courthouse in Ottumwa, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

_____
CLERK OF COURT
Wapello County Courthouse
Ottumwa, Iowa

**IMPORTANT**

YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS

E-FILED 2020 MAY 04 1:49 PM WAPELLO - CLERK OF DISTRICT COURT

# STATE OF IOWA JUDICIARY

Case No. LALA106134
County Wapello

Case Title HARRIS, SEAN D VS NAPCO, INC.

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16**: http://www.iowacourts.state.ia.us/Efile

Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(641) 684-6502** . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued 05/04/2020 01:49:44 PM



District Clerk of Wapello County

/s/ Jennifer Nelson

IN THE IOWA DISTRICT COURT FOR WAPELLO COUNTY

| | | |
|---|---|---|
| SEAN D. HARRIS, | * | |
| | * | |
| Plaintiff, | * | NO. _____ |
| | * | |
| v. | * | |
| | * | |
| NAPCO, INC., | * | PETITION AT LAW |
| | * | |
| Defendant. | * | |

COMES NOW the plaintiff and set forth his claims for relief and states:

## JURISDICTIONAL AND GENERAL ALLEGATIONS

1. Plaintiff is a resident of Fort Madison, Lee County, Iowa.

2. Defendant is an active Iowa corporation with its principal place of business in Ottumwa, Wapello County, Iowa.

3. Defendant employed Plaintiff from May 2018 until February 17, 2020.

## COUNT I
### (FLSA Overtime Violation)

4. Plaintiff realleges and incorporates by reference paragraphs 1-3 of this Petition as if fully set forth herein.

5. This count is brought to enforce Plaintiff's right to overtime under the Fair Labor Standards Act ("FLSA").

6. This court has jurisdiction over Plaintiff's FLSA claim pursuant to 29 U.S.C. § 216(b).

7. During Plaintiff's employment, he regularly exceeded forty hours of work per week.

1

8. During Plaintiff's employment, he was engaged in commerce or in the production of goods for commerce.

9. During Plaintiff's employment, Defendant constituted an employer within the definition of 29 U.S.C. § 203(d).

10. During Plaintiff's employment, he was an employee within the definition of 29 U.S.C. § 203(e)(1).

11. During Plaintiff's employment, Defendant constituted an enterprise, as defined by 29 U.S.C. § 203(r)(1), that was engaged in commerce or in the production of goods for commerce, as defined by 29 U.S.C. § 203(s)(1)(A).

12. Under 29 U.S.C. § 207(a)(1), Plaintiff was entitled to overtime compensation at a rate of not less than one-and-one-half his regular rate of pay for each hour over forty hours that he worked for Defendant in a given week.

13. During Plaintiff's employment, Defendant failed to comply with 29 U.S.C. § 207(a)(1) in that Plaintiff worked for Defendant in excess of forty hours a week but no provision was made by Defendant to pay Plaintiff overtime compensation for those hours at the rate required by 29 U.S.C. § 207(a)(1).

14. Defendant willfully violated 29 U.S.C. § 207(a)(1).

WHEREFORE, Plaintiff prays for judgment against Defendant in an amount sufficient to fully and fairly compensate him for his unpaid overtime compensation, together with liquidated damages, reasonable attorney fees, interest thereon as provided by law, and the costs of this action.

## COUNT II
### (Violation Of Iowa Wage Payment Collection Law)

15. Plaintiff realleges and incorporates by reference paragraphs 1-3 of this Petition as if fully set forth herein.

16. This count is brought pursuant to the enforcement provisions of the Iowa Wage Payment Collection Law, Iowa Code Chapter 91A.

17. Defendant agreed to pay Plaintiff a salary of $62,500 per year.

18. Defendant did not pay Plaintiff during mandatory, temporary layoffs, resulting in Plaintiff receiving less than $62,500 per year.

19. Defendant has violated the Iowa Wage Payment Collection Law by failing to pay Plaintiff his full earned wages.

20. Defendant has intentionally violated Iowa Code Chapter 91A.

WHEREFORE, Plaintiff prays for judgment against Defendant in an amount sufficient to fully and fairly compensate him for his unpaid wages, together with liquidated damages, reasonable attorney fees, interest thereon as provided by law, and the costs of this action.

/s/ *Harley C. Erbe*
Harley C. Erbe, AT002430
ERBE LAW FIRM
2501 Grand Avenue, First Floor
Des Moines, Iowa 50312
Telephone: (515) 281-1460
Facsimile: (515) 281-1474
E-Mail: harleyerbe@erbelaw.com

ATTORNEY FOR PLAINTIFF

# RETURN OF SERVICE

**IN THE IOWA DISTRICT COURT FOR WAPELLO COUNTY.**

| | | |
|---|---|---|
| Case Name: | Sean D. Harris vs. NAPCO, Inc | |
| Clerks Number: | LALA106134 | |
| Agency Case Number: | C2001215 | |
| Notice Rec'd This Date: | 07/02/20 | |

I certify that I served a copy of :

Original Notice
Petition at Law

RETURN OF SERVICE:

| | Type of Service Code |
|---|---|
| ☐ Personal | 1 |
| ☐ Dwelling/Substitute | 2 |
| ☐ Hotel, Boarding/Rooming House | 3 |
| ☐ Corporation/Association | 4 |
| ☐ Official (State, County, City) | 5 |
| ☐ Spouse away from residence | 6 |
| ☒ Other | 7 |
| ☐ Diligent Search | 8 |

**Served:** | Type Code

NAPCO, INC by serving PAUL ZINGG at 104 S. COURT, OTTUMWA, IA, 52501 on 07/02/20 @ 01:56 PM | 7

**Fees:**

| | |
|---|---|
| Service / 30 | $30.00 |
| Mileage | $5.80 |
| **TOTAL** | $35.80 |

DONALD PHILLIPS, Sheriff
WAPELLO, County, Iowa

By  /S/ Chris Shadduck Deputy Sheriff
Official Title

Fees charged to/paid by Attorney/Party: Erbe Law Firm % Harley Erbe

Date:_____   Check #:_____

Printed Wednesday, July 8, 2020   **Copy of Original Notice, if served, must be attached to this form.**